IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WHOGLUE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. |
| | ) |
| FACEBOOK, INC., | ) |
| | ) |
| Defendant. | ) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1, Fed. R. Civ. P., Plaintiff submits the following statement:

Plaintiff WhoGlue, Inc. does not have a parent corporation. Siemens AG has a 10% or greater interest in WhoGlue, Inc. No other publicly held corporation has a 10% or greater interest in WhoGlue, Inc.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*

_____
Thomas C. Grimm (#1098)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
tgrimm@mnat.com
*Attorneys for Plaintiff*

OF COUNSEL:

Raymond P. Niro
Raymond P. Niro, Jr.
Dina M. Hayes
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, IL  60602-4515
(312) 236-0733

September 21, 2009
3127738