IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WHOGLUE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 09-705 (GMS) |
| | ) | |
| FACEBOOK, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## PROPOSED STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties respectfully

request that this action be dismissed, without prejudice, with each party to bear its own costs,

expenses and attorneys' fees.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP       BLANK ROME LLP

*/s/ Thomas C. Grimm*                                         */s/ Steven L. Caponi*

_____                _____
Thomas C. Grimm (#1098)                              Thomas P. Preston (#2548)
1201 N. Market Street                                    Steven L. Caponi (#3484)
P.O. Box 1347                                              1201 N. Market Street, Suite 800
Wilmington, DE 19899-1347                          Wilmington, DE 19801
(302) 658-9200                                            (302) 425-6400
tgrimm@mnat.com                                         caponi@blankrome.com
*Attorneys for Plaintiff WhoGlue, Inc.*            *Attorneys for Defendant and*
                                                                *Counterdefendant Facebook, Inc.*

OF COUNSEL:                                             OF COUNSEL:

Raymond P. Niro                                          Heidi L. Keefe
Raymond P. Niro, Jr.                                     Mark R. Weinstein
Dina M. Hayes                                             Reuben H. Chen
Anna B. Folgers                                           Jeffrey T. Norberg
NIRO, SCAVONE, HALLER & NIRO              Melissa H. Keyes
181 West Madison, Suite 4600                       COOLEY GODWARD KRONISH LLP
Chicago, IL 60602-4515                                Five Palo Alto Square
(312) 236-0733                                            3000 El Camino Real
                                                                Palo Alto, CA 94306
                                                                (650) 843-5000

SO ORDERED this ___ day of March, 2010.


_____
The Honorable Gregory M. Sleet, Chief Judge

3417932